AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| GARY NATHAN WILLIAMS, JR. | Case Number: 8:04-CR-168-T-27TBM<br>USM Number: 42174-018 |
| | Howard Anderson, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers _1 through 3, and 5 through 10_ of the term of supervision.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | New criminal conduct | February 20, 2007 |
| 2 | New criminal conduct | February 20, 2007 |
| 3 | Failure to submit written monthly reports | March 5, 2007 |
| 5 | Possession of marijuana | February 20, 2007 |
| 6 | Positive urinalysis, marijuana | May 10, 2006 |
| 7 | Positive urinalysis, marijuana | May 23, 2006 |
| 8 | Positive urinalysis, marijuana | May 30, 2006 |
| 9 | Failure to notify probation officer within 72 hours after being arrested or questioned by a law enforcement officer | February 23, 2007 |
| 10 | Failure to participate in Drug Aftercare Treatment | December 21, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant has not violated charge number __4__ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: November 5, 2007

_/s/ Whittemore_
**JAMES D. WHITTEMORE**
**UNITED STATES DISTRICT JUDGE**

DATE: November 6th, 2007

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

DEFENDANT: GARY NATHAN WILLIAMS, JR.
CASE NUMBER: 8:04-CR-168-T-27TBM

Judgment - Page  2  of  2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **EIGHT (8) MONTHS**

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

    \_\_\_ at _____ a.m.   p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    \_\_\_ before 2 p.m. on _____.

    \_\_\_ as notified by the United States Marshal.

    \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL